# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-50980 (BLS) |
| v. | |
| Donovan Knowles, | |
| Defendant. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__    A mediation session scheduled to occur on March 16, 2021.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____    OTHER:

Dated: January 19, 2021                  */s/ Judith K. Fitzgerald*
                                                           Judith K. Fitzgerald (PA I.D. No. 18110)
                                                           Tucker Arensberg, P.C.
                                                           1500 One PPG Place
                                                           Pittsburgh, PA  15222
                                                           (412) 594-1212

TADMS:5445426-1 035888-190637